SEALED
BY ORDER OF THE COURT

EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

LARRY L. BUTRICK  #3910
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile: (808) 541-2958
Email: larry.butrick@usadoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 4 2004

at ___o'clock and ___ min. ___M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR04-00239 DAE |
| ) | |
| Plaintiff, ) | INDICTMENT |
| ) | |
| vs. ) | [18 U.S.C. §§ 641 and 2] |
| ) | |
| CARL GRAHAM ROBERTS, JR.,(01) ) | |
| VIRGINIA LEE JOHNSON,     (02) ) | |
| ) | |
| Defendants. ) | |
| ) | |

### INDICTMENT

### COUNT 1

The Grand Jury charges that:

On or about the 30th day of April, 2002, in the

District of Hawaii, the defendants, Carl Graham Roberts, Jr. and

Virginia Lee Johnson, did willfully and knowingly and without

authority, sell, convey and dispose of a thing of value, the

property of the United States Navy, to wit:  submarine components

to include trim and drain connectors, pipes, thimble, and 90-degree elbows, with a value in excess of $1,000.00.

All in violation of Title 18, United States Code, Sections 641 and 2.

## COUNT 2

The Grand Jury further charges that:

On or about the 16th day of June, 2002, in the District of Hawaii, the defendant CARL GRAHAM ROBERTS, JR., did willfully and knowingly and without authority, sell, convey and dispose of a thing of value, the property of the United States Navy, to wit: a gate valve, with a value in excess of $1,000.00.

All in violation of Title 18, United States Code, Sections 641 and 2.

## COUNT 3

The Grand Jury further charges that:

On or about the 2nd day of July, 2002, in the District of Hawaii, the defendants, Carl Graham Roberts, Jr. and Virginia Lee Johnson, did willfully and knowingly and without authority, sell, convey and dispose of a thing of value, the property of the United States Navy, to wit:  a ship check valve with a value in excess of $1,000.00.

All in violation of Title 18, United States Code, Sections 641 and 2.

## COUNT 4

The Grand Jury further charges that:

On or about the 12th day of July, 2002, in the District of Hawaii, the defendants, Carl Graham Roberts, Jr. and Virginia Lee Johnson, did willfully and knowingly and without authority, sell, convey and dispose of a thing of value, the property of the United States Navy, to wit:  an electrical grounding cable with a value of approximately $107.25.

All in violation of Title 18, United States Code, Sections 641 and 2.

## COUNT 5

The Grand Jury further charges that:

On or about the 3rd day of September, 2002, in the District of Hawaii, the defendants, Carl Graham Roberts, Jr. and Virginia Lee Johnson, did willfully and knowingly and without authority, sell, convey and dispose of a thing of value, the property of the United States Navy, to wit:  straight shaft (back-up) and straight shafts (hull) with a value in excess of $1,000.00.

All in violation of Title 18, United States Code, Sections 641 and 2.

## COUNT 6

The Grand Jury further charges that:

3

On or about the 30th day of October, 2002, in the District of Hawaii, the defendants, CARL GRAHAM ROBERTS, JR. and VIRGINIA LEE JOHNSON, did willfully and knowingly and without authority, sell, convey and dispose of a thing of value, the property of the United States Navy, to wit:  a check valve for USS Lake Erie with a value in excess of $1,000.00.

All in violation of Title 18, United States Code, Sections 641 and 2.

DATED: _____6/24/04_____, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

LARRY L. BUTRICK
Assistant U.S. Attorney

United States v. Carl Graham Roberts, Jr.
and Virginia Lee Johnson; Cr. No. _____
"Indictment"