PROB. 12B
(7/93)

# ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 7 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

## United States District Court

### for the

### DISTRICT OF HAWAII

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  VIRGINIA LEE JOHNSON        Case Number:  CR 04-00239DAE-02

Name of Sentencing Judicial Officer:   The Honorable David Alan Ezra
                                       U.S. District Judge

Date of Original Sentence: 9/2/2005

Original Offense:    <u>Count 3:</u>  Unauthorized Sale of Government Property in Excess of
                     $1,000, in violation of 18 U.S.C. §§ 641 and 2, a Class C felony

Original Sentence:   Eight (8) months imprisonment with credit for time served and three
                     (3) years supervised release with the following special conditions:
                     1) Defendant shall participate in a substance abuse program, which
                     may include drug and alcohol testing at the discretion and direction
                     of the Probation Office.  The defendant is to refrain from the
                     possession and/or use of alcohol while participating in the
                     substance abuse treatment; 2) Defendant shall obtain a mental
                     health assessment and if deemed necessary, participate in a
                     mental health program at the discretion and direction of the
                     Probation Office; 3) Defendant shall provide the Probation Office
                     and the Financial Litigation Unit of the U.S. Attorney's Office
                     access to any requested financial information to include submitting
                     to periodic debtor's examinations as directed by the Probation
                     Office; and 4) Restitution of $68.40 is due immediately to Naval
                     Criminal Investigative Service, and any remaining balance upon
                     release from confinement be paid during the period of supervision
                     on an installment basis according to the collection policy of the
                     Probation Office but at a rate of not less than 10 percent of her
                     monthly gross income.  Interest is waived while the defendant is
                     serving her term of imprisonment and shall commence to accrue on
                     any remaining balance upon her release on supervision.

Type of Supervision:  Supervised Release     Date Supervision Commences:  1/25/2006

Prob 12B
(7/93)

2

# PETITIONING THE COURT

[✓]    To modify the conditions of supervision as follows:

   5.    That the defendant be placed in Mahoney Hale, a community corrections center, for up to 180 days at the discretion and direction of the Probation Office. The defendant shall participate in the programs at Mahoney Hale to include employment and job-training opportunities.

# CAUSE

The offender is scheduled to begin supervised release on 1/25/2006. The offender does not have a release residence. In order to assist the offender in seeking employment and housing, we believe she would benefit from a community corrections center placement at Mahoney Hale. Mahoney Hale provides a structured employment search program.

It is respectfully recommended that the Court modify the offender's conditions of supervised release to include a placement at Mahoney Hale.

Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The offender waives her right to a hearing and to assistance of counsel. The offender agrees to the modification of the conditions of supervised release. The offender's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections to the modification.

Respectfully submitted by,

MERILEE N. LAU
U.S. Probation Officer

Approved by:

GENE DeMELLO, JR.
Supervising U.S. Probation Officer

Date:  1/10/2006

Prob 12B
(7/93)

THE COURT ORDERS:

[ ✓ ]    The Modification of Conditions as Noted Above
[   ]    Other

DAVID ALAN EZRA
U.S. District Judge

1/13/06
Date

Received Fax :         JAN 08 2006 1:39PM    Fax Station :   HP LASERJET 3200              P . 2

01/08/2006 13:46 FAX                                                              002/002

PROB 49
(5/96)

# United States District Court

## District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[✓]    To modify the conditions of supervision as follows:

**Special Condition No. 5**        *That the defendant be placed in Mahoney Hale, a community corrections center, for up to 180 days at the discretion and direction of the Probation Office. The defendant shall participate in the programs at Mahoney Hale to include employment and job-training opportunities.*

Witness _____         Signed: X_____
        SHAWN R. MANINI                             VIRGINIA LEE JOHNSON
        Case Manager                                Supervised Releasee

                    1/9/06
                    Date