PROB. 12B
(7/93)

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 23 2006

at \_\_\_ o'clock and \_\_\_ min. \_\_\_ M
SUE BEITIA, CLERK

# United States District Court

for the

## DISTRICT OF HAWAII

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: VIRGINIA LEE JOHNSON     Case Number: CR 04-00239DAE-02

Name of Sentencing Judicial Officer:   The Honorable David Alan Ezra
U.S. District Judge

Date of Original Sentence: 9/2/2005

Original Offense:   Count 3:  Unauthorized Sale of Government Property in Excess of $1,000, in violation of 18 U.S.C. §§ 641 and 2, a Class C felony

Original Sentence:  Eight (8) months imprisonment with credit for time served and three (3) years supervised release with the following special conditions:
1) Defendant shall participate in a substance abuse program, which may include drug and alcohol testing at the discretion and direction of the Probation Office.  The defendant is to refrain from the possession and/or use of alcohol while participating in the substance abuse treatment; 2) Defendant shall obtain a mental health assessment and if deemed necessary, participate in a mental health program at the discretion and direction of the Probation Office; 3) Defendant shall provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office; and 4) Restitution of $68.40 is due immediately to Naval Criminal Investigative Service, and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of her monthly gross income.  Interest is waived while the defendant is serving her term of imprisonment and shall commence to accrue on any remaining balance upon her release on supervision.

Modification:   On 1/17/2006, the conditions of supervision were modified as follows:  5) That the defendant be placed in Mahoney Hale, a community corrections center, for up to 180 days at the discretion and direction of the Probation Office.  The defendant shall

Prob 12B
(7/93)

2

        participate in the programs at Mahoney Hale to include employment and job-training opportunities.

Type of Supervision: Supervised Release    Date Supervision Commences: 1/25/2006

## PETITIONING THE COURT

[✓]    To modify the conditions of supervision as follows:

    5.    That the defendant be placed in Mahoney Hale, a residential reentry center, for an additional term of 180 days for a total term of not more than 360 days at the discretion and direction of the Probation Office. The defendant shall participate in the programs at Mahoney Hale to include employment and job-training opportunities.

## CAUSE

    The offender's supervised release commenced on 1/25/2006 and she immediately entered Mahoney Hale as a public law placement on the same day. The offender has numerous health problems including diabetes, hepatitis, and cirrhosis of the liver (verified). Her medical problems have somewhat interfered with her ability to conduct employment search and she remains unemployed. The offender requested that her public law placement be extended an additional 180 days so that she could secure employment, save money, and secure a residence prior to her release into the community. This officer supports the offender's request. It is vital that she remain in a structured program. She has been in compliance with her substance abuse program.

    It is recommended that the special condition be modified to include an additional 180 days, for a total term of 360 days.

    Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The offender waives her right to a hearing and to assistance of counsel. The offender agrees to the modification of the conditions of supervised release. The

Prob 12B
(7/93)

3

offender's attorney (Pamela E. Tamashiro) and the U.S. Attorney's Office have been notified of the proposed modification and have no objections to the modification.

Respectfully submitted by,

MERILEE N. LAU
U.S. Probation Officer

Approved by:

GENE DeMELLO, JR.
Supervising U.S. Probation Officer

Date: 6/21/2006

---

THE COURT ORDERS:

[✓]   The Modification of Conditions as Noted Above
[ ]   Other

DAVID ALAN EZRA
U.S. District Judge

6/21/06
Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ X ]   To modify the conditions of supervision as follows:

   5.   That the defendant be placed in Mahoney Hale, a residential reentry center, for an additional term of 180 days for a total term of not more than 360 days at the discretion and direction of the Probation Office. The defendant shall participate in the programs at Mahoney Hale to include employment and job-training opportunities.

Witness: _____
MERILEE N. LAU
U.S. Probation Officer

Signed: _____
VIRGINIA LEE JOHNSON
Supervised Releasee

_____6-19-06_____
Date